No. 723. SOUTHWEST POWER CO. *v.* PRICE, ADMINISTRATRIX. Jurisdictional statement submitted May 5, 1930. Decided May 19, 1930. *Per Curiam:* Appeal dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). (Certiorari denied, *post,* p. 753.) *Messrs. James B. McDonough, J. H. Evans,* and *Frank M. Kemp* for appellant. *Messrs. W. H. Fuller, George M. Porter,* and

704

*Harry P. Warner* for appellee.